

United States District Court
Eastern District of California

**FILED**

JUN 16 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Earth Island Institute

Plaintiff(s)

Case Number: 1:22-CV-00710-AWI-EPG

V.

Cicely Muldoon, Nat'l Park Service, Interior D.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bridgett Ann Buss _____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Earth Island Institute

On ___10/15/2020___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Oregon___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___06/14/2022___    Signature of Applicant: /s/ Bridgett Buss

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Bridgett Ann Buss |
| Law Firm Name: | Earthrise Law Center |
| Address: | 10101 S. Terwilliger Blvd. |
| City: | Portland    State: OR    Zip: 97219 |
| Phone Number w/Area Code: | (503) 768-6825 |
| City and State of Residence: | Lake Oswego, Oregon |
| Primary E-mail Address: | bridgettbuss@lclark.edu |
| Secondary E-mail Address: | bridgett.buss@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tom Buchele |
| Law Firm Name: | Earthrise Law Center |
| Address: | 10101 S. Terwilliger Blvd. |
| City: | Portland    State: OR    Zip: 97219 |
| Phone Number w/Area Code: | (503) 768-6736    Bar # CA 129657 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/16/22

_____
JUDGE, U.S. DISTRICT COURT