# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**<br><br>    **Plaintiff**<br><br>    **v.**<br><br>**CICELY MULDOON, U.S. NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR,**<br><br>    **Defendants** | **CASE NO. 1:22-CV-0710 AWI EPG**<br><br>**ORDER SETTING A NEW BRIEFING SCHEDULE**<br><br><br>**(Docs. 6 and 19)** |

Currently pending is Plaintiff's motion for preliminary injunction. Doc. 6. Plaintiff intends to file a new complaint that addresses additional park projects. The parties have filed a joint stipulation setting out a proposed schedule for a new complaint and a new preliminary injunction motion. Doc. 19. Per the parties' stipulation, the following is ordered:

Plaintiff's existing motion for preliminary injunction is withdrawn.

Plaintiff will file an amended complaint by July 7, 2022

Plaintiff will file a new motion for preliminary injunction by July 14, 2022

Defendants will respond to the motion by July 25, 2022

Plaintiff will reply in support of the motion by August 8, 2022

A hearing on the motion is tentatively scheduled for 1:30 P.M. on Monday, August 15, 2022.

Until an order on the preliminary injunction motion is issued, the U.S. National Park Service's implementation of the projects will be limited as follows:

(1) The Wawona Road Project will be limited to rehabilitation work along Merced Grove

Road. No trees will be cut during this work.

(2) The Yosemite Valley Project will be limited to work within the Community and Infrastructure Protection Strategy Units of Yosemite Valley, Wawona and Yosemite West as those areas are defined in the 2017 Amendment of the Fire Management Plan. Apart from the geographic limitations identified above, implementation of the Yosemite Valley Project shall not be otherwise limited.

IT IS SO ORDERED.

Dated:  July 1, 2022                           _____
                                                                    SENIOR DISTRICT JUDGE