UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**<br><br>         **Plaintiff**<br><br>     **v.**<br><br>**CICELY MULDOON, U.S. NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR,**<br><br>         **Defendants** | **CASE NO. 1:22-CV-0710 AWI EPG**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br><br><br>**(Doc. 43)** |

The parties have filed a joint motion seeking to have Plaintiff's reply deadline moved to August 12, 2022 and to have the hearing on the preliminary injunction moved to September 12, 2022. Doc. 43.

The request for extension is GRANTED. Plaintiff's reply is due on Friday, August 12, 2022 and the hearing on the matter is scheduled for Monday, September 12, 2022 at 1:30 PM in Courtroom 2.

IT IS SO ORDERED.

Dated:  August 11, 2022                       _____
                                                                    SENIOR DISTRICT JUDGE