# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE** | **CASE NO. 1:22-CV-0710 AWI EPG** |
| **Plaintiff** | **ORDER DIRECTING DEFENDANTS TO FILE A SUR-REPLY** |
| v. | |
| **CICELY MULDOON, U.S. NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR,** | |
| **Defendants** | |

Plaintiff filed a motion for preliminary injunction seeking to stop Defendants from implementing part of two projects designed to thin the forests along the roads of Yosemite National Park for fire safety reasons. Defendants have filed an opposition and Plaintiff has filed a reply. As part of the reply, Plaintiff made a new argument that Defendants' multi-year schedule for implementing the projects demonstrate a lack of urgency and reiterated that Plaintiff's requested relief, which would only temporarily delay part of the two projects, would not unduly interfere with Defendants' fire mitigation goals. Additionally, given the density of the argument over these complex issues, further briefing on the merits of the dispute may also be useful.

Defendants are directed to file a sur-reply by Wednesday, August 31, 2022.

IT IS SO ORDERED.

Dated:  August 18, 2022

_____
SENIOR DISTRICT JUDGE