# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**<br><br>Plaintiff<br><br>v.<br><br>**CICELY MULDOON, U.S. NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR,**<br><br>**Defendants** | **CASE NO. 1:22-CV-0710 AWI EPG**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br><br><br>**(Doc. 61)** |

    Defendants' sur-reply to Plaintiff's motion for preliminary injunction is currently due on Wednesday, August 31, 2022. Defendants request a one (1) day extension. Doc. 61. This change will not affect any of the other deadlines in this case.

    The request for extension is GRANTED. Defendants' sur-reply is due on Thursday, September 1, 2022.

IT IS SO ORDERED.

Dated: August 30, 2022

SENIOR DISTRICT JUDGE