Thomas Buchele, CA Bar No. 129657
Earthrise Law Center
Lewis & Clark Law School
10101 S Terwilliger Blvd.
Portland OR  97219-7799
Tel:  503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

Bridgett Buss, *Pro Hac Vice*
Willamette Law Group
411 Fifth Street
Oregon City, OR 97045
Tel: 971-217-9361
Fax: 502-608-4100
Email: bridgett@WLGpnw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CICELY MULDOON**, in her official capacity as Superintendent of Yosemite National Park; **UNITED STATES NATIONAL PARK SERVICE,** an agency of the United States Department of the Interior; **UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>Defendants. | No. 1:22-CV-00710-AWI-EPG<br><br>**NOTICE OF RELATED CASE** |

## NOTICE OF RELATED CASES

Plaintiff Earth Island Institute hereby notifies the Court that the case *Earth Island Institute v. U.S. National Parks Service*, Case No. 1:22-CV-01132-AWI-SKO, Judge Anthony Ishii presiding, is a related case within the meaning of Eastern District of California Local Rule 123(a) because the Defendants, the National Parks Service and the Department of the Interior, are the same in both cases. Additionally, *U.S. National Parks Service* is related because the case requests Freedom of Information Act documents that arise out of the same biomass removal and thinning projects challenged in this case, *Muldoon*.

Respectfully submitted on this 7th day of September, 2022.

/s/Thomas Buchele
Thomas Buchele, CA Bar No.129657
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland OR  97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

Bridgett Buss, *Pro Hac Vice*
Willamette Law Group
411 Fifth Street
Oregon City, OR 97045
Tel: 971-217-9361
Fax: 502-608-4100
Email: bridgett@WLGpnw.com

*Attorneys for Plaintiff Earth Island Institute*

1   NOTICE OF RELATED CASE