**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EARTH ISLAND INSTITUTE**<br><br>**Plaintiff**<br><br>v.<br><br>**CICELY MULDOON, U.S. NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR,**<br><br>**Defendants** | **CASE NO. 1:22-CV-0710 AWI EPG**<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR INJUNCTION PENDING APPEAL**<br><br>**(Doc. 74)** |

Plaintiff made a motion for preliminary injunction. Defendants opposed the motion, which was ultimately denied. Plaintiff has appealed the denial to the Ninth Circuit. Doc. 72. In relation to the appeal, Plaintiff has made a motion for an injunction pending appeal. Doc. 74. For this injunction, Plaintiff has narrowed its request to cover the "logging [of] trees over 12 inches in diameter within the Merced Sequoia Grove." Doc. 74 at 2. To decide upon this motion, a response from Defendants is necessary. Thus, Defendants are directed to file a response to Plaintiff's limited request for an injunction pending appeal that covers the Merced Sequoia Grove rather than the entirety of the Projects by Monday, October 3, 2022.

IT IS SO ORDERED.

Dated: September 28, 2022                    _____

                                                                         SENIOR DISTRICT JUDGE