UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>CICELY MULDOON, *et al.*,<br><br>    Defendant. | Case No.  1:22-cv-00710-AWI-EPG<br><br>ORDER GRANTING JOINT MOTION TO RESCHEDULE OCTOBER 18, 2022, SCHEDULING CONFERENCE<br><br>(ECF No. 81). |

      On October 14, 2022, the parties filed a joint motion to reschedule the scheduling conference currently set for October 18, 2022, at 10:00 AM. (ECF No. 81). As grounds for the motion, the parties state that due to the briefing related to Plaintiff's motion for preliminary injunction (ECF No. 6) and briefing related to the appeal of the Court's Order on that motion (ECF No. 71), the parties have yet been able to confer to prepare a joint scheduling report. (Id. at 2). As such, the parties request that the scheduling conference be rescheduled "no earlier than the week of November 14, 2022, with the Joint Scheduling Report due one week prior to the date ultimately selected." (Id.)

      Further, the motion states that,

> It is Defendants' position that the Scheduling Conference should not occur until after the Ninth Circuit has ruled on EII's appeal of this Court's Order, ECF No. 71, regarding EII's motion for preliminary injunction. Plaintiff is considering that position. If Plaintiff concludes that such an additional extension is appropriate, the

Parties will petition the Court at that time for leave to extend that date. (ECF No. 81 at 2-3).

Based on the parties' joint motion (ECF No. 81), the Court will GRANT the parties' request. Accordingly, IT IS ORDERED that:

1. The scheduling conference currently set for October 18, 2022, at 10:00 AM is continued to November 15, 2022, at 11:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report one full week prior to the conference and shall email a copy of the same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review;

2. If the parties intend to file a joint stipulation to extend the scheduling conference, they should do so no later than one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **October 14, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2