UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>CICELY MULDOON, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-00710-AWI-EPG<br><br>ORDER SETTING CASE DEADLINES FOLLOWING SCHEDULING CONFERENCE<br><br>(ECF No. 86) |

On November 28, 2022, the Court held a scheduling conference in this case. (ECF No. 86). Thomas Buchele and Bridget Buss appeared on behalf of Plaintiff. David Gehlert appeared on behalf of Defendants. For the reasons stated at the conference, IT IS HEREBY ORDERED that:

1. The deadline for the Defendants to respond to Plaintiff's First Amended Complaint is **January 13, 2023.**

2. The deadline for Defendants to lodge their Index and Certification of the Administrative Record with the Court, and provide Plaintiff with access to the contents of the Administrative Record is **February 17, 2023**.

3. The deadline for Plaintiff to submit any written objections to the administrative record is **April 7, 2023**.

4. The deadline for Plaintiff to file any motion challenging the content or completeness of the administrative record is **April 25, 2023**. If Plaintiff files such a motion, the parties shall suggest a proposed briefing schedule.

5. Finally, no later than fourteen days following an order from the Ninth Circuit on the pending appeal in this matter, the parties shall submit a joint proposal regarding further scheduling.

IT IS SO ORDERED.

Dated: **November 30, 2022**         /s/ Erica P. Grosjean
                         UNITED STATES MAGISTRATE JUDGE