UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CICELY MULDOON, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00710-JLT-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CHALLENGE TO THE ADMINISTRATIVE RECORD<br><br>(ECF No. 95). |

　　　　Before the Court is Plaintiff's motion for a second extension of time to file a challenge to the administrative record. (ECF No. 95). Plaintiff requests that the deadline for Plaintiff to file any motion challenging the content or completeness of the administrative record be extended from May 23, 2023, to June 13, 2023. (*Id.* at p. 2). According to Plaintiff's motion, "[t]he Parties have conferred and Defendants Cicely Muldoon, in her official capacity as Superintendent of Yosemite National Park, U.S. National Park Service, and U.S. Department of the Interior ("Defendants") do not oppose this motion." (*Id.*) Plaintiff's motion states that "[e]xtending the deadline would allow Defendants to respond in writing and give the Parties sufficient time to confer, and potentially resolve the matters raised by Plaintiff without the need for additional

1

motions practice." (*Id.*)

Based on Plaintiff's motion, the Court finds that good cause exists to extend the deadline. Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 95) is GRANTED;
2. Plaintiff shall file any motion challenging the content or completeness of the administrative record by June 13, 2023. Further, as provided by the scheduling order, "[i]f Plaintiff files such a motion, the parties shall suggest a proposed briefing schedule." (ECF No. 87, p. 2).

IT IS SO ORDERED.

Dated:   **May 19, 2023**                               /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

2